**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EDGIO, INC. DERIVATIVE LITIGATION | Case No.: 1:23-cv-06323-ENV-JAM <br><br> (Consolidated) |

**STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Joel Rosenfeld, Patrick Rooney, and Lewis Baker ("Plaintiffs"), Defendants Walter D. Amaral, Doug Bewsher, Daniel Boncel, Stephen Cumming, Marc DeBevoise, Jeffrey Fisher, Scott A. Genereux, Patricia Parra Hadden, Dianne Ledingham, Robert Lyons, David C. Peterschmidt, Reed B. Rayman, and E-Fei Wang (collectively, the "Individual Defendants"), and Nominal Defendant Edgio, Inc. (n/k/a Uplynk, Inc.) ("Edgio," and together with Plaintiffs and the Individual Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on August 23, 2023, Plaintiff Rosenfeld filed a stockholder derivative action in this Court, purportedly on behalf of Edgio,[1] a company organized under Delaware law, asserting breach of fiduciary duty and other claims against Individual Defendants Amaral, Bewsher, Genereux, Hadden, Ledingham, Lyons, Peterschmidt, Rayman, and Wang, and captioned *Rosenfeld v. Amaral, et al.*, No. 1:23-cv-06323 (the "*Rosenfeld* Action");

WHEREAS, on November 15, 2023, the parties to the *Rosenfeld* Action filed a joint stipulation respectfully requesting, among other things, that the Court enter an order staying all

---

[1] Throughout this Stipulation and [Proposed] Order, the term "Edgio" refers to Edgio, Inc. prior to its reorganization and emergence from Chapter 11 bankruptcy proceedings as Uplynk, Inc.

proceedings in the *Rosenfeld* Action until a decision on the motion to dismiss filed in a putative securities class action (captioned *Esfandiari v. Edgio, Inc. et al.*, No. 2:23-cv-00691 (D. Ariz.) (the "Securities Litigation")), which stipulation was so-ordered by the Court on December 21, 2023 (ECF No. 11)[2];

WHEREAS, on November 17, 2023, Plaintiff Rooney filed a stockholder derivative action in this Court, purportedly on behalf of Edgio, asserting breach of fiduciary duty and other claims against Individual Defendants Amaral, Bewsher, Boncel, Cumming, Genereux, Hadden, Ledingham, Lyons, Peterschmidt, Rayman, and Wang, and captioned *Rooney v. Amaral, et al.*, No. 1:23-cv-08570 (the "*Rooney* Action");

WHEREAS, on January 19, 2024, Plaintiff Baker filed a shareholder derivative action in this Court, purportedly on behalf of Edgio, asserting breach of fiduciary duty and other claims against all Individual Defendants and captioned *Baker v. Amaral, et al.*, No. 1:24-cv-00408 (the "*Baker* Action," and together with the *Rosenfeld* and *Rooney* Actions, the "Related Derivative Actions");

WHEREAS, on February 12, 2024, the parties in the Related Derivative Actions filed a joint stipulation (the "Consolidation Stipulation") respectfully requesting, among other things, that the Court enter an order consolidating the Related Derivative Actions for all purposes and appointing The Brown Law Firm P.C. and Weiss Law as Co-Lead Counsel (ECF No. 12);

WHEREAS, on February 21, 2024, the Court so-ordered the Consolidation Stipulation and, in doing so, among other things, consolidated the Related Derivative Actions for all purposes into the above-captioned Consolidated Action and appointed The Brown Law Firm P.C. and Weiss

---

[2] References to "ECF No. __" are to entries on the docket of the above-captioned consolidated stockholder derivative action (the "Consolidated Action").

Law as Co-Lead Counsel for Plaintiffs in the Consolidated Action (ECF No. 13);

WHEREAS, on September 9, 2024, Edgio and its U.S. subsidiaries (together, the "Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, on September 13, 2024, Edgio filed a suggestion of bankruptcy in the Consolidated Action (ECF No. 14);

WHEREAS, on April 1, 2025, the Debtors filed a Chapter 11 plan of reorganization (as subsequently amended and supplemented, the "Plan"), which, among other things, provided that upon consummation of the Plan: (a) all equity interests in Edgio (including the equity interests of Plaintiffs and all other holders of shares of Edgio's common stock) would be cancelled, released, and extinguished; (b) claims held by the Debtors, including the claims asserted in the Consolidated Action, would be channeled into a liquidating trust (the "Liquidating Trust"), whose proceeds will be divided between the Debtors' secured lender and the Debtors' unsecured creditors in accordance with the terms of the Plan, or retained by the reorganized Debtors; and (c) the Bankruptcy Court would retain jurisdiction to hear and determine any such claims that were channeled into the Liquidating Trust;

WHEREAS, the Plan was confirmed by the Bankruptcy Court on June 13, 2025 and was substantially consummated on June 30, 2025; and

WHEREAS, as the Parties previously notified the Court (*see* ECF No. 26), in light of the foregoing, the Parties have conferred and agree that Plaintiffs no longer maintain legal standing to pursue the derivative claims asserted in the Consolidated Action and, as such, agree to stipulate to voluntarily dismiss the Consolidated Action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 23.1(c), subject to approval of the Court.

IT IS HEREBY STIPULATED AND AGREED that:

1.     The Consolidated Action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 23.1(c), with each party to bear its own costs, expenses, and fees.

2.     Notice of the proposed voluntary dismissal of the Consolidated Action under Fed. R. Civ. P. 23.1(c) is not necessary because, upon the substantial consummation of the Plan on June 30, 2025, all then-existing equity interests in Edgio were cancelled, released, and extinguished.  Accordingly, there are no Edgio shareholders with derivative standing to pursue claims on Edgio's behalf.  *See Little Hearts Marks Fam. II L.P. v. Carter (In re 305 E. 61st St. Grp. LLC)*, 130 F.4th 272 (2d Cir. 2025) (shareholder derivative standing is extinguished by a final bankruptcy court order); *see also Feldman v. Cutaia*, 951 A.2d 727, 731 (Del. 2008) (under Delaware law, a stockholder plaintiff is required both to be "a stockholder at the time of the alleged wrongdoing" and to "maintain stockholder status in the corporate defendant throughout the litigation" in order to maintain standing to pursue derivative claims).

Respectfully submitted,

Dated: August 11, 2025

*/s/ Timothy Brown (with consent)*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

4

Dated: August 11, 2025

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 8/11/2025

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

The clerk of court is directed to
close this case.

/s/ Mark D. Smilow (with consent)
**WEISS LAW**
David C. Katz
Mark D. Smilow
Joshua M. Rubin
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
E-mail: dkatz@weisllawllp.com
msmilow@weisslawllp.com
jrubin@weisslawllp.com

*Co-Lead Counsel for Plaintiffs*

Dated: August 11, 2025

/s/ Jed M. Schwartz (with consent)
**MILBANK LLP**
George S. Canellos
Jed M. Schwartz
Nicole D. Valente
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: gcanellos@milbank.com
jschwartz@milbank.com
nvalente@milbank.com

*Counsel for Nominal Defendant Edgio, Inc.*
*(n/k/a Uplynk, Inc.)*

Dated: August 11, 2025

/s/ Michael P. Sternheim
**FRIED, FRANK, HARRIS, SHRIVER**
**& JACOBSON LLP**
Scott B. Luftglass
Michael P. Sternheim
One New York Plaza
New York, NY 10004-1903
Telephone: (212) 859-8000
Email: scott.luftglass@friedfrank.com
michael.sternheim@friedfrank.com

*Counsel for Defendants Walter D. Amaral,*
*Doug Bewsher, Daniel Boncel, Stephen*

*Cumming, Scott A. Genereux, Patricia Parra Hadden, Dianne Ledingham, Robert Lyons, David C. Peterschmidt, Reed B. Rayman, and E-Fei Wang*

Dated: August 11, 2025

*/s/ Shahzeb Lari (with consent)*
**HUGHES HUBBARD & REED LLP**
Shahzeb Lari
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6267
Facsimile: (212) 299-6267
Email: shahzeb.lari@hugheshubbard.com

*Counsel for Defendants Jeffrey Fisher and Marc DeBevoise*

SO ORDERED this _____ day of _____, 2025.

_____
Hon. Eric N. Vitaliano
U.S.D.J.